IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEO ARCHER AKA RICKY THOMAS,

    Plaintiff,

vs.

STATE OF CALIFORNIA, et al.,

    Defendants.

No. CIV S-07-2690 MCE GGH P

<u>ORDER</u>

Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed.

Accordingly, the Clerk of Court shall close this case.

DATED: 01/09/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
arch2690.59