IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEO ARCHER AKA RICKY THOMAS,

    Plaintiff,                                No. CIV S-07-2690 MCE GGH P

    vs.

STATE OF CALIFORNIA, et al.,

    Defendants.                            <u>ORDER</u>

_____/

        This matter was closed on December 21, 2007, pursuant to plaintiff's (or petitioner's) voluntary dismissal under Fed. R. Civ. P. 41(a). On June 17, 2008, an inmate at Mule Creek State Prison named Peter Goodridge, a third party with no standing in this matter, filed a wholly inapposite document entitled "permissive joinder."

        Accordingly, IT IS ORDERED that:

        1. The text of the docket entry for the June 17, 2008 (#5), document named "permissive joinder," should be corrected to note that this filing was not filed by the named plaintiff but by an inmate named Peter Goodridge;

        2. The June 17, 2008, third party filing is disregarded, and any future filings in this closed case will be disregarded without further order of the court; and

\\\\\

1

1
2          3.  The Clerk of the Court is directed to serve a copy of this order by mail upon
3 Peter Goodridge at the address listed in docket entry # 5.
4 DATED:  07/29/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

7 GGH:009
arch2690.dis